UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Old Carco LLC (f/k/a Chrysler LLC), et al., | : | Case No.09-50002(AJG) |
|  | : | (Jointly Administered) |
| Debtors | : |  |

# DEBTORS' POST-CONFIRMATION
# QUARTERLY REPORT FOR
# THE PERIOD FROM JANUARY 1, 2011 TO MARCH 31, 2011

DEBTORS' ADDRESS:    c/o Old Carco Liquidation Trust, 555 Chrysler Drive, Auburn Hills, MI 48326

QUARTERLY CASH RECEIPTS RECEIVED BY OLD CARCO LIQUIDATION TRUST:     $2,030,929

QUARTERLY CASH DISBURSEMENTS MADE BY OLD CARCO LIQUIDATION TRUST:     $2,968,594

ATTORNEYS:
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
Corinne Ball
Veerle Roovers

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
(404) 581-3939
Jeffrey B. Ellman

REPORT PREPARER:    Old Carco Liquidation Trust

In accordance with 28 U.S.C. §1746, the undersigned, having reviewed the attached report, declares under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

/s/ Robert Manzo
Name: Robert J. Manzo, sole manager of RJM I, LCC, in its
capacity as trustee for Old Carco Liquidation Trust

DATE: May 16, 2011

**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
**Index to Post-Confirmation Quarterly Report**

|  |  | **Page** |
|---|---|---|
|  | List of Debtors and Case Numbers | 3 |
|  | Notes to Post-Confirmation Quarterly Report | 4-5 |
| Schedules: |  |  |
| Schedule I | Schedule of Cash Receipts and Disbursements by Debtor | 6 |
| Schedule II | Schedule of Disbursements by Type | 7 |
| Schedule III | Schedule of Bank Accounts | 8 |
| Schedule IV | Insurance Information | 9 |

**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**LIST OF DEBTORS AND CASE NUMBERS**
**MARCH 31, 2011**

| Debtor Name | Case Number |
|---|---|
| Old Carco LLC (f/k/a Chrysler LLC) | 09-50002 |
| Alpha Holding LP | 09-50025 |

**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**NOTES TO POST-CONFIRMATION QUARTERLY REPORT**
For the Period from JANUARY 1, 2011 TO MARCH 31, 2011
General Notes Applicable to Entire Report

**NOTE 1—Chapter 11 Cases**

On April 30, 2009 (the "Petition Date"), Old Carco LLC f/k/a Chrysler LLC ("Old Carco") and 24 of its affiliates (collectively, the "Original Debtors") commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On May 19, 2009, Alpha Holding LP ("Alpha" and, collectively with the Original Debtors, the "Debtors") commenced its bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. By orders of the Bankruptcy Court (Docket Nos. 97 and 2188), the Debtors' chapter 11 cases were consolidated for procedural purposes and have been jointly administered.

The Debtors were authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On May 5, 2009, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the official committee of unsecured creditors in the Debtors' chapter 11 cases (the "Creditors' Committee"), pursuant to section 1102 of the Bankruptcy Code.

**NOTE 2—Fiat Transaction**

In connection with the commencement of the Debtors' chapter 11 cases, Old Carco and its Debtor subsidiaries, Fiat S.p.A. ("Fiat") and New Chrysler (as defined below) entered into a Master Transaction Agreement dated as of April 30, 2009 (as amended and collectively with other ancillary and supporting documents, the "Purchase Agreement"). The Purchase Agreement provided, among other things, that: (i) Old Carco would transfer the majority of its operating assets to New CarCo Acquisition LLC (n/k/a Chrysler Group LLC) ("New Chrysler"), a newly established Delaware limited liability company formed by Fiat; and (ii) in exchange for those assets, New Chrysler would assume certain of the Debtors' liabilities and pay to Old Carco $2 billion in cash (collectively with the other transactions contemplated by the Purchase Agreement, the "Fiat Transaction"). On May 3, 2009, the Original Debtors filed a motion to approve the Fiat Transaction or a similar transaction with a competing bidder (Docket No. 190).

On May 31, 2009, the Bankruptcy Court issued: (i) an Opinion Granting the Debtors' Motion Seeking Authority to Sell, Pursuant to § 363, Substantially All of the Debtors' Assets (Docket No. 3073) (the "Sale Opinion"); and (ii) an Opinion and Order Regarding Emergency Economic Stabilization Act of 2008 and Troubled Asset Relief Program (Docket Nos. 3074 and 3229). On June 1, 2009 and consistent with the Sale Opinion, the Bankruptcy Court entered an Order authorizing the Fiat Transaction (Docket No. 3232) (the "Sale Order"). Consistent with the Sale Order, the Fiat Transaction was consummated on June 10, 2009.

**NOTE 3—Effectiveness of Plan of Liquidation**

On April 23, 2010, the Court entered the Order Confirming the Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, as Modified (Docket No. 6875) (the "Confirmation Order"). Attached to the Confirmation Order as Annex I is the confirmed Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, as Modified, which was further modified by an Order of the Court dated April 28, 2010 (Docket No. 6923) (collectively with all exhibits thereto, the "Plan").[1] Pursuant to the Plan and the Confirmation Order, the Debtors' estates were substantively consolidated for purposes of implementing the Plan. See Plan, Section VII.A; Confirmation Order, ¶ 15-16. The Plan became effective in accordance with its terms on April 30, 2010 (the "Effective Date").

As of the Effective Date, (i) the Debtors other than Alpha were dissolved; and (ii) Old Carco Liquidation Trust (the "Liquidation Trust') was established pursuant to the Plan and the Liquidation Trust Agreement for the purpose of, among other things, liquidating the assets contributed by the Debtors to the Liquidation Trust, resolving all Disputed Claims, pursuing any Recovery Actions (including the Daimler Litigation), making all distributions to holders of Allowed Claims in accordance with the terms of the Plan and otherwise implementing the Plan. Also as of the Effective Date, the Creditors' Committee was dissolved.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

4

**In re Old Carco LLC (f/k/a Chrysler LLC), et al**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**NOTES TO POST-CONFIRMATION QUARTERLY REPORT**
For the Period from JANUARY 1, 2011 TO MARCH 31, 2011

By an order entered on August 4, 2010 (Docket No. 7317), a final decree was entered closing the chapter 11 cases of all Debtors other than Old Carco and Alpha.

**NOTE 4—Basis of Presentation**

The Liquidation Trust has prepared the attached Schedule of Cash Receipts and Disbursements on the cash basis of accounting. This report is presented in a format approved by the U.S. Trustee. This report is presented for the three-month period beginning January 1, 2011 and ending March 31, 2011.

**NOTE 5—Merger and Liquidation of Certain Debtors and Non-Debtors**

Upon the transfer, under the Plan, of the Liquidation Trust Assets to the Liquidation Trust, except to the extent otherwise provided in Plan Exhibit X.A.189, the Debtors (other than Alpha) were deemed dissolved and their business operations withdrawn for all purposes without any necessity of filing any document, taking any further action or making any payment to any governmental authority in connection therewith.

**NOTE 6—Relevant Developments During the Reporting Period**

The Liquidation Trust sold 31 vehicles, and one real property location (Huntsville Electronics Plant).

**Schedule I**
**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (UNAUDITED)**
For the Period from JANUARY 1, 2011 TO MARCH 31, 2011

| | |
|---|---:|
| **Old Carco Liquidation Trust Cash Balance at 1/1/2011** [1] | $ 167,819,142 |
| Cash Receipts [2] | 2,030,929 |
| Cash Disbursements [3] | (2,968,594) |
| Change in China Cash Balances [4] | (12,180,546) |
| **Old Carco Liquidation Trust Cash Balance at 3/31/2011** | $ 154,700,931 |

Notes:

[1] Amount includes changes in China cash balances prior to June 30, 2010 not reflected in prior report.

[2] The $2,030,929 in receipts consists of $758,596 in miscellaneous receipts, $605,795 from the sale of vehicles, $360,000 from the recovery of excess collateral, $171,850 from the sale of real property, and $134,688 from tax refunds.

[3] See Schedule II.

[4] China bank accounts are under the control of Chrysler Group LLC, which will receive any remaining amounts following the winddown of operations.

**Schedule II**
**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**SCHEDULE OF DISBURSEMENTS BY TYPE (UNAUDITED)**
For the Period from JANUARY 1, 2011 TO MARCH 31, 2011

| Type | Notes | Cash Basis Jan 1, 2011 to Mar 31, 2011 | Cash Basis Total Since Effective Date |
|---|---|---|---|
| **Administrative and Operating Expenses of Trust** | 1 | $ 2,851,867 | $ 19,325,010 |
| **Plan Disbursements by Class** | | | |
| Administrative Claims | 2 | 256,146 | 67,545,842 |
| Class 1 - Priority Claims | 3 | (139,419) | 9,570,659 |
| Class 2A - First Lien Secured Claims | | - | 40,479,798 |
| Class 2B - TARP Financing Secured Claims | | N/A | N/A |
| Class 2C - Owners' Secured Claims | | N/A | N/A |
| Class 2D - Other Secured Claims | | - | 149,643 |
| Class 3A - General Unsecured Claims | | N/A | N/A |
| Class 3B - Intercompany Claims | | N/A | N/A |
| Class 4A Equity Interests of Old Carco | | N/A | N/A |
| Class 4B - Subsidiary Debtor Equity Interests | | N/A | N/A |
| **Total Plan Disbursements** | | $ 116,727 | $117,745,942 |
| **TOTAL DISBURSEMENTS** | | $ 2,968,594 | $137,070,952 |

**NOTES:**

1. Amount represents payment of post-Effective Date administrative and operating expenses, including (i) retained professionals-legal ($1,190,471), (ii) retained professionals-financial ($757,743), (iii) property utilities ($534,757), (iv) First Lien Lender professional fees ($162,138), (v) ordinary course professionals ($114,279), (vi) claims administration ($88,289), (vii) US Trustee fees ($15,681), (viii) Daimler Litigation Costs ($15,000), (ix) other estate costs ($11,245), (x) environmental fees (3,464), and (xi) property insurance refund of previously expended costs ($41,200) (included in expenses to maintain consistency with previously reported statements).

2. Amount represents payment of Allowed Administrative Claims other than Allowed Claims of the Government DIP Lenders.

3. Amount represents payment of Allowed Priority Tax Claims offset by a tax refund received in January of $231,722.

**Schedule III**
**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**SCHEDULE OF BANK ACCOUNTS (UNAUDITED)**
As of MARCH 31, 2011

| Account Name | Name of Bank | Purpose of Account | Balance at 3/31/2011 |
|---|---|---|---|
| Priority Claim Trust Account | Key Bank N.A. | Priority Claims | $2,989,800 |
| Sales & Use Escrow | Key Bank N.A. | Tax Claims | $51,496,496 |
| Segregated Tax Account | Key Bank N.A. | Tax Claims | $39,999,945 |
| Property Tax Trust Account | Key Bank N.A. | Tax Claims | $10,826,055 |
| Additional Winddown Cost Escrow | Key Bank N.A. | Administrative & Operating Expenses | $12,581,540 |
| Winddown Fee Trust Account | Key Bank N.A. | Professional Fees | $2,383,593 |
| Environmental Reserve | Key Bank N.A. | Environmental Claims | $14,499,945 |
| First Lien Reserve | Key Bank N.A. | Collateral Carrying Costs | $3,943,641 |
| Daimler Fund | Key Bank N.A. | Daimler Litigation Costs | $9,277,185 |
| First Lien Proceeds Account | Key Bank N.A. | First Lien Collateral Proceeds | $264,876 |
| DIP Proceeds Account | Key Bank N.A. | DIP Lender Collateral Proceeds | $1,755,122 |
| Assurance Deposit Escrow | Key Bank N.A. | Utility Deposit | $1,160,210 |
| Current | JPMorgan | China Account | $0 |
| RMB Account | JPMorgan | China Account | $0 |
| China Construction Bank | China Construction Bank | China Account | $0 |
| RMB | Bank of China | China Account | $1,059,727 |
| USD | Bank of China | China Account | $2,356,205 |

**Schedule IV**
**In re Old Carco LLC (f/k/a Chrysler LLC), et al.**
CASE NO. 09-50002 (AJG) (Jointly Administered)
**DEBTORS' STATEMENT REGARDING INSURANCE POLICIES**
For the Period from JANUARY 1, 2011 TO MARCH 31, 2011

All insurance policies are fully paid for the current period.